FILED: November 15, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 21-2161
(2:19-cv-01612-SAL)

_____

CAROLE ANN SAWYER, on behalf of herself and all others similarly situated

    Plaintiff - Appellant

v.

TIDELANDS HEALTH ASC, LLC

    Defendant - Appellee

_____

O R D E R

_____

The parties are directed to file supplemental briefs addressing whether the district court properly exercised jurisdiction over Appellant's claim under the South Carolina Payment of Wages Act. The parties shall each submit a brief by November 28, 2022, with no opportunity for rebuttal.

For the Court

/s/ Patricia S. Connor, Clerk